UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80057-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RAMON RODRIGUEZ,
                    Defendant.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT
## AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation of a United States Magistrate Judge as to the above named Defendant's Motion for the Return of Property Pursuant to Rule 41(g) (DE 29), filed December 5, 2006, and the Government's Response (DE 32), filed on February 26, 2007. Upon consideration of the Report and Recommendation and in accordance with *28 U.S.C. §636(B)(1)(c)*, it is

**ORDERED and ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is **ADOPTED.**

2. Defendant's Motion to for the Return of Property Pursuant to Rule 41(g) (DE 29)

is **DENIED** as **MOOT**.

DATED and SIGNED in Chambers at West Palm Beach, this 20th day of

March , 2007.

Daniel T. K. Hurley
United States District Judge

Copies to
U.S. Magistrate Judge Ann E. Vitunac
Counsel of Record
Ramon Rodriguez, *pro se*